SUNKIST GROWERS, INC., a Corporation, and the Exchange Orange Products Company, a Corporation, Appellants,

v.

WINCKLER & SMITH CITRUS PRODUCTS CO., a Corporation, and Ronald Walker, Trustee, Appellees.

No. 15242.

United States Court of Appeals
Ninth Circuit.

May 5, 1961.

Before STEPHENS, BARNES and MERRILL, Circuit Judges.

Upon petitions for rehearing by both appellants and appellees, we modify the opinion heretofore filed as follows:

I. The balance of the first full sentence after the word "or", page 24, line 4, of slip opinion [284 F.2d 17], is stricken, and inserted in its place is the following:

" * * * (2) the alleged illegal sole trader decision not to sell, made *when such refusal would, as a natural consequence*, illegally restrain trade or commerce, and implemented by other illegal means beyond the

bare refusal, or (3) a similar unilateral decision not to sell, except at a fixed price, made from a monopoly position, *and resulting, as a natural consequence, in the elimination of a competitor.*"

II. On page 50, line 18 from top of slip opinion [284 F.2d 33], the language "and a sale on account thereof already set," is deleted.

The petitions for rehearing are severally denied. The suggestion for a rehearing en banc is rejected.

Mary T. MILHIZER, Plaintiff-Appellant,

v.

RIDDLE AIRLINES, a Foreign Corporation, Defendant-Appellee.

No. 14389.

United States Court of Appeals
Sixth Circuit.

May 5, 1961.

William A. Wood, Jr., Detroit, Mich., Wood & Wood, Detroit, Mich., on brief, for appellant.

John R. Secrest, Detroit, Mich., Carl F. Davidson, Detroit, Mich., on brief, for appellee.

Before MILLER, Chief Judge, SIMONS, Senior Judge, and O'SULLIVAN, Circuit Judge.

ORDER.

This cause came on to be heard upon the record, the briefs of the parties, and the arguments of counsel, and the court being fully advised, and it appearing to the court that the opinion of the district judge fully and adequately discusses the matter for decision, and this court being in agreement with the conclusions of the district court,

Now, therefore, it is ordered and adjudged that the judgment of the district court, 185 F.Supp. 110, be, and it is, hereby affirmed.